IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK WHITAKER,**<br><br>　　　　　　　　*Plaintiff*,<br><br>　　v.<br><br>**CITY OF PHILADELPHIA, et. al.,**<br><br>　　　　　　　　*Defendants*. | Case No. 5:20-cv-03413-JDW |

## ORDER

AND NOW, this 6th day of December, 2021, upon consideration of Defendants' Motion For Summary Judgment (ECF No. 28), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**. Judgment is **ENTERED** in favor of Defendants City of Philadelphia, John McDermott, Steven Vivarina, and against Plaintiff Mark Whitaker pursuant to Fed. R. Civ. P. 56.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.