IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK WHITAKER,** *Plaintiff,* v. **CITY OF PHILADELPHIA, et. al.,** *Defendants.* | **Case No. 5:20-cv-03413-JDW** |

## ORDER

AND NOW, this 3rd day of January, 2022, upon consideration of Plaintiff Mark Whitaker's Motion For Reconsideration (ECF No. 40), for the reasons in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.